# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2021

Bridget M. McCormack,
Chief Justice

162422

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LISA DELYNN DELISLE,
      Defendant-Appellant.

SC: 162422
COA: 35534
Shiawassee CC: 2019-004107-FH
                    2019-004237-FH

_____/

By order of April 30, 2021, the prosecuting attorney was directed to answer the application for leave to appeal the December 9, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the defendant's sentence in No. 19-004107-FH and REMAND this case to the Shiawassee Circuit Court for resentencing. The prosecutor has conceded error in the scoring of Offense Variable 19 and a clerical error in the judgment of sentence, which appears to refer to an incorrect docket number. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2021



Clerk

p0608